IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **OBBIE BERNARD MURPHY, #26152** | § | **PETITIONER** |
| | § | |
| v. | § | **CAUSE NO. 1:05CV114 LG-RHW** |
| | § | |
| **LAWRENCE KELLY and JIM HOOD** | § | **RESPONDENTS** |

## FINAL JUDGMENT

In accordance with the Order Denying Application for Writ of Habeas Corpus entered herewith;

**IT IS ORDERED AND ADJUDGED** that Petitioner's Application for Writ of Habeas Corpus is **DENIED** and the Petition is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 25th day of March, 2008.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE